**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>VISTA-KRAFT, INC. D/B/A BUENA VISTA CAR WASH; DNE ZONE CORP; and DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:24-cv-01085-PA (AJRx)**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

1     Based on the request from Plaintiff and for good cause shown:

3     IT IS HEREBY ORDERED that the entire action be dismissed without
5 prejudice.

7     SO ORDERED.

9     DATED: April 19, 2024            _____
10                                           Percy Anderson
                                          United States District Court Judge